UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CIV-NESBITT

MAGISTRATE JUDGE
JOHNSON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | Tract No. 604-03 |
| | ) | |
| v. | ) | |
| | ) | |
| 10.00 ACRES OF LAND, MORE OR | ) | |
| LESS, IN THE COUNTY OF | ) | COMPLAINT IN |
| DADE, STATE OF FLORIDA; and | ) | CONDEMNATION PURSUANT |
| JAIME GONZALEZ, | ) | TO DECLARATION OF TAKING |
| et al., and Unknown Owners. | ) | (EAST EVERGLADES) |
| | ) | |
| Defendants. | ) | |

1.   Plaintiff, United States of America, brings this action
to take property at the request of ROGER SUMNER BABB, Regional
Solicitor, Southeast Region, U.S. Department of the Interior, for
the taking of 10.00 Acres of Land, More or Less, Situated in Dade
County, Florida, under the power of eminent domain, by and through
the declaration of taking executed by ROGER SUMNER BABB, and for
the ascertainment and award of just compensation to the owners and
parties in interest.

2.   The authority for the taking of the land is stated in
Schedule A, attached hereto.

3.   The public uses for which the land is taken is stated in
Schedule A, attached hereto.

4.   The property taken, the estates to be taken and the names
and addresses of persons having or claiming an interest in the

property are contained in Schedule B attached hereto.

    5.    A plat showing the land taken is attached as **Schedule C.**

    6.    Local and State taxing authorities may have or claim an interest in the property by reason of taxes and assessments.

    7.    In addition to the persons named, there are or may be others who have or may claim some interest in the property taken, whose names are unknown to the plaintiff; such persons are made parties to the action under the designation, "Unknown Owners."

WHEREFORE, plaintiff prays that this Court order that the property be condemned, pursuant to that declaration of taking filed with this complaint, pursuant to the Declaration of Taking Act, 40 U.S.C. § 258a, that just compensation for the taking be ascertained and awarded, and for such other relief as may be lawful.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By _____
DEBRA J. STUART
Assistant U.S. Attorney
99 N.E. 4th Street
Miami, Florida 33132
Court No. A5500061
FAX: (305) 530-7139
TEL: (305) 961-9330

SCHEDULE "A"

EVERGLADES NATIONAL PARK


## AUTHORITY FOR THE TAKING

The authority for the taking of the land is under and in accordance with the Act of Congress

approved August 1, 1888, 25 Stat. 357, as amended, 40 U.S.C., sec. 257; the Act of Congress

approved February 26, 1931, 46 Stat. 1421, as amended, 40 U.S.C., sec. 258a; the Act of May 30,

1934, 48 Stat. 816, as amended, which authorized the establishment of Everglades National Park;

the Act of December 13, 1989, 103 Stat. 1946, 16 U.S.C., sec. 410r-5, et seq., which expanded the

boundaries of Everglades National Park; and the Land and Water Conservation Fund Act of 1965,

78 Stat. 897, as amended, 16 U.S.C., sec. 460l-4, et seq.; and under the authority of the

Department of the Interior and Related Agencies Appropriations Act, fiscal year 1995, 108 Stat.

2506, which Act appropriated funds for such purposes.


## PUBLIC USES

The public uses for which said land is to be taken are as follows:  The land is required to modify

the boundaries of Everglades National Park and to provide for the protection of lands, waters, and

natural resources within the park for the benefit and enjoyment of future generations.  The said

land has been selected for acquisition by the United States of America for said purposes, and for

such other uses as may be authorized by Congress or by Executive Order.

SCHEDULE "B"

EVERGLADES NATIONAL PARK

Tract  604-03

DESCRIPTION:

All that certain tract or parcel of land lying and being situated in the County of Dade, State of Florida, and being more particularly described as follows:

    Section 30, Township 56 South, Range 38 East,
    Tallahassee Meridian

    The North ½ of the North ½ of the Northeast ¼ of the Northwest ¼

    Containing 10.00 acres, more or less.

Estimated compensation deposited in the Registry of the Court for the above-described property is $14,000.00.

ESTATE TO BE ACQUIRED:

The fee simple title subject to: (a) all interests of the State of Florida or any political subdivision thereof; (b) oil, gas and mineral interests of record outstanding in third parties; and (c) existing easements for public roads and highways, public utilities, railroads, and pipelines.

NAMES AND ADDRESSES OF PURPORTED OWNERS:

Jamie Gonzalez and Maria Elena Gonzalez, his wife
740 Bluebird Lane
Plantation, Florida  33324

NAMES AND ADDRESSES OF OTHER PARTIES WHO MAY HAVE OR CLAIM AN
INTEREST IN THE LAND:

Aerojet General Corporation, an Ohio corporation
Registered Agent:       CT Corporation System
                        1200 S. Pine Island Road
                        Plantation, Florida  33324
(By virtue of deed filed May 15, 1973 in ORB 8281, Page 73, Dade County, Florida)


Context Development Company, a Delaware corporation
f/k/a Camp Phosphate Company
f/k/a R.B.E., Inc.
surviving corporation of merger
of February 2, 1988 between
Dade County Development Company and
Context Industries Co.
Registered Agent:       Larry B. Newman
                        1867 Northwest 97th Avenue, #104
                        Miami, Florida  33172
(By virtue of easement filed December 29, 1977 in ORB 9899, Page 2685; and, deed filed June 30,
1975 recorded in ORB 9031, Page 711,  and deed filed May 15, 1973 in ORB 8283, Page 73,
Dade County, Florida)


Dade Landholding, Inc.
f/k/a Park Lane of Arizona, Inc.
Registered Agent:       J.P. Mudd
                        5915 Ponce De Leon Boulevard
                        Coral Gables, Florida  33146
(By virtue of easement filed December 29, 1977 in ORB 9899, Page 2685, Dade County, Florida)


Almi Sales, Inc.
Address unknown
(By virtue of judgment filed April 10, 1987,  recorded in ORB 13241, Page 1953, Dade County,
Florida)


Metropolitan Dade County
10710 SW 211th Street
Miami, Florida  33189
(By virtue of judgment recorded July 3, 1986 in ORB 12942, Page 2086, Dade County, Florida)


Barnett Bank of South Florida, N.A.
701 Brickell Avenue
Miami, Florida  33131
(By virtue of judgments recorded September 12, 1991 in ORB 15187, Page 1696; and
August 29, 1991 in ORB 15170, Page 1022, Dade County, Florida)

SCHEDULE "B" - CONTINUED

State of Florida
Department of Labor and Employment Security
Division of Unemployment Compensation
Bureau of Tax
Tallahassee, Florida 32382-0218
(By virtue of a tax liens recorded March 11, 1986 in ORB 12817, Page 692; November 19, 1985 in ORB 12786, Page 10; August 22, 1991 in ORB 15160, Page 2185; June 24, 1992 in ORB 15601, Page 2248; November 9, 1992 in ORB 15711, Page 3439; February 13, 1995 in ORB 16680, Page 2193 and March 3, 1995 in ORB 16701, Page 3038, Dade County, Florida)

World Omni Financial Corp.
f/k/a World Omni Leasing, Inc., a Florida corporation
Registered Agent:      CT Corporation System
                       1200 S. Pine Island Road
                       Plantation, Florida 33324
(By virtue of judgment filed August 12, 1991, recorded in ORB 15144, Page 2124, Dade County, Florida)

Toyota Motor Credit
Administered by
World Omni Financial Corp.
f/k/a World Omni Leasing, Inc., a Florida corporation
Registered Agent:      CT Corporation System
                       1200 S. Pine Island Road
                       Plantation, Florida 33324
(By virtue of judgment filed November 16, 1993, recorded in ORB 15879, Page 4264, Dade County, Florida)

Baptist Hospital of Miami, Inc., a Florida corporation
f/k/a Miami Baptist Hospital, Inc.
Registered Agent:      Brian E. Keeley
                       8900 N. Kendall Drive
                       Miami, Florida 33176
(By virtue of judgment filed June 28, 1991, recorded in ORB 15088, Page 664, Dade County, Florida)

JByrons, Inc., a Florida corporation
c/o AMCENA Corp.
358 Fifth Avenue
New York, New York 10001
(By virtue of judgment filed April 29, 1991, recorded in ORB 15002, Page 3233, Dade County, Florida)

SCHEDULE "B" - CONTINUED

The SSI Group, Inc.
f/k/a Advanced Collection Services by merger January 29, 1993
Registered Agent:      James A. Wade
                       216 Mirror Lake Drive
                       St. Petersburg, Florida 33701
on behalf of Coral Reef Hospital, Inc.
Registered Agent:      Jose Bolanos
                       2121 Ponce de Leon Boulevard
                       Coral Gables, Florida 33134-5218
(By virtue of judgment filed April 5, 1991, recorded in ORB 14972, Page 216, Dade County,
Florida)

Citibank
f/k/a Citicorp Savings of Florida, Inc.
Legal Department
8750 Doral Boulevard
Miami, Florida 33178
(By virtue of judgment filed March 28, 1991, recorded in ORB 14959, Page 1986, Dade County,
Florida)

Sun Bank of Miami
f/k/a Sun Bank Miami, N.A.
c/o Chairman's Office
777 Brickell Avenue
Miami, Florida 33178
(By virtue of judgment filed July 13, 1992, recorded in ORB 15664, page 1704, Dade County,
Florida)

Tropical Federal Savings and Loan Association
Address unknown
(By virtue of judgment filed January 24, 1990, recorded in ORB 14405, Page 1483, Dade County,
Florida)

Interstate Bank of Commerce
liquidated March, 1989
(By virtue of judgment filed August 16, 1989, recorded in ORB 14219, Page 3164, Dade County,
Florida)

State of Florida
Department of Health and Rehabilitative Services
401 N. W. Second Avenue
Miami, Florida 33128
(By virtue of lien filed May 26, 1987, recorded in ORB 13290, Page 3067, Dade County, Florida)

SCHEDULE "B" - CONTINUED

Popular Bank of Florida
f/k/a Popular Bank of Hialeah
Two Alhambra Plaza
Suite 100
Miami, Florida 33134
(By virtue of judgment filed April 8, 1987, recorded in ORB 13238, Page 1642, Dade County,
Florida)

AmeriFirst Federal Savings and Loan Association
11800 S. W. 147th Avenue
Miami, Florida
(By virtue of judgment filed February 23, 1987 recorded in ORB 13187, Page 901, Dade County,
Florida)

Allstate Insurance Company
Registered Agent:       The Insurance Commissioner of Florida
                        Capitol Building
                        Tallahassee, Florida 32399
(By virtue of judgment filed April 19, 1977, recorded in ORB 9653, Page 1213, Dade County,
Florida)

Thomas G. Perkins
11220 S. W. 57th Court
Miami, Florida
(By virtue of judgment filed August 5, 1980, recorded in ORB 10830, Page 2252, Dade County,
Florida)

Ramon Silveira and Ursula Silveira
6351 S. W. 6th Street
Miami, Florida
(By virtue of judgment filed April 16, 1985, recorded in ORB 12479, Page 2318, Dade County,
Florida)

State Farm Mutual Automobile Insurance Company
Registered Agent:       The Insurance Commissioner of Florida
                        Capitol Building
                        Tallahassee, Florida 32399
(By virtue of judgment recorded January 5, 1995 in ORB 16701, Page 2010,  Dade County,
Florida)

SCHEDULE "B" - CONTINUED

Network Security City Branches, Inc., a Delaware corporation
d/b/a Network Companies
surviving corporation of merger of March 31, 1988 with
Network Security Florida, Inc.
Registered Agent:       CT Corporation System
                        1200 S. Pine Island Road
                        Plantation, Florida 33324
(By virtue of judgment recorded October 27, 1992 in ORB 15739, Page 4081, Dade County,
Florida)

First Union National Bank of Florida
200 S. Biscayne Boulevard
14th Floor
Miami, Florida 33131
(By virtue of judgment recorded January 29, 1992 in ORB 15469, Page 2189, Dade County,
Florida)

United Stated District Court
Southern District of New York
40 Foley Square
New York City, New York 10007
(By virtue of confession of judgment filed May 30, 1984 recorded in ORB 12135, Page 1379,
Dade County, Florida)

Eusebio R. Verrier
15260 Southwest 156th Avenue
Miami, Florida 33187
(By virtue of judgment recorded August 1, 1994 in ORB 16457, Page 2869, Dade County,
Florida)

State of Florida
Department of Revenue
Tallahassee, Florida 32399-0100
(By virtue of tax warrants filed May 1, 1995 in ORB 16765, Pages 2959 and 2960, Dade County,
Florida)

Barnett Recovery Corporation, a Florida corporation
Registered Agent:       Robert K. Bieri
                        9000 Southside Boulevard
                        Jacksonville, Florida 32256
(By virtue of judgment filed July 28, 1993 in ORB 16022, Page 2615, Dade County, Florida)

SCHEDULE "B" - CONTINUED

Anesthesia Associates of Greater Miami, P.A.
Registered Agent:      Tamas Kallos
                       10300 Sunset Drive
                       Suite 155
                       Miami, Florida 33173
(By virtue of judgment recorded September 27, 1993 in ORB 16133, Page 4600, Dade County, Florida)

National Guardian Security Services Corp., a foreign corporation
Registered Agent:      The Prentice-Hall Corp System, Inc.
                       1201 Hayes Street
                       Suite 105
                       Tallahassee, Florida 32301
(By virtue of judgment recorded March 8, 1994 in ORB 16296, Page 2626, Dade County, Florida)

Internal Revenue Service
District Counsel
1114 Federal Office Building
Stop 8000
51 Southwest First Avenue
Miami, Florida 33130
(By virtue of tax liens recorded April 23, 1990 in ORB 14518, Page 3560; December 11, 1989 in ORB 14356, Page 1470; August 12, 1986 in ORB 12983, Page 1498; June 26, 1990 in ORB 14600, Page 3111; May 24, 1990 in ORB 14561, Page 756; April 24, 1990 in ORB 14520, Page 4384; January 30, 1992 in ORB 15366, Page 1741; June 12, 1995 in ORB 16846, Page 2803 and December 20, 1995 in ORB 17033, Page 4950; corrective note in ORB 15560, Page 2181 and 2182, Dade County, Florida)

State of Florida
Attorney General
The Capitol
PL01
Tallahassee, Florida 32399-1050
(By virtue of judgment recorded August 17, 1988 in ORB 14306, Page 2307, September 17, 1991 in ORB 15193, Page 3647, Dade County, Florida)

Volvo Finance North America, Inc.
Registered Agent:      United States Corporation Company
                       1202 Hays Street
                       Suite 105
                       Tallahassee, Florida 32301
(By virtue of judgment recorded January 23, 1996 in ORB 17079, Page 2443, Dade County, Florida)

SCHEDULE "B" - CONTINUED

Oxford Resources Corp.
Registered Agent:      CT Corporation System
                       1200 S. Pine Island Road
                       Plantation, Florida  33324
(By virtue of judgment recorded August 9, 1995 in ORB 16878, Page 2859, Dade County,
Florida)

Andrew Pavlick
501 Goodlette Road
Suite D-100
Naples, Florida 33941
(By virtue of judgment recorded July 1995 in ORB 16861, Page 1695, Dade County, Florida)

Sears Roebuck & Company
Registered Agent:      CT Corporation System
                       1200 S. Pine Island Road
                       Plantation, Florida  33324
(By virtue of judgment recorded May 10, 1995 in ORB 16776, Page 1859, Dade County, Florida)

The Public Health Trust of Dade County, Florida
d/b/a Jackson Memorial Hospital
1611 NW 12th Avenue
Park Plaza Building  Room L 301 A
Legal Office
Miami, Florida  33136
(By virtue of judgment recorded September 30, 1994 in ORB 16529, Page 3480, Dade County,
Florida)

Tax Collector
Tax Collection Division, South Dade Branch
County of Dade
10710 Southwest 211th Street
Miami, Florida  33189
(By virtue of a possible lien for real property taxes)

Unknown owners



JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

**EAST EVERGLADES**

99-672
CIV-NESBITT

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

## DEFENDANTS

10.00 Acres of Land, More or Less, Situate in Dade County, State of Florida; and Jaime Gonzalez, et al.

**MAGISTRATE JUDGE JOHNSON**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

DADE 99 CV 672/L CN/LRJ

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Debra J. Stuart, Asst. U.S. Attorney
99 N.E. 4th Street
Miami, FL 33132    (305) 961-9330

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE) MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| B☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☒ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | A OR B |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

16 U.S.C. § 410r-5

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO
Land Commissioner

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE  Nesbitt

DOCKET NUMBER

(Other East Everglades cases covered by Admin. Order 96-13 and Admin. Order 97-08)

DATE  3/4/99

SIGNATURE OF ATTORNEY OF RECORD
Debra J. Stuart, Asst. U.S. Attorney

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____